## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:20-mj-03183 | 7/17/2020 @ 10:30am | Pasadena PD Detective Brian Bulaon |

Inventory made in the presence of:
Special Agent Sabrina Ferguson, FBI

Inventory of the property taken and name of any person(s) seized:

1. a MacBook laptop, model A1708, with serial number C02SJK7QGY25

2. a wireless hard drive, model A1470, with serial number C86J21DWF9H6

3. a Mac desktop computer, model A1419, with serial number C02TH0QAGG7J

4. a Black iPhone 7 with galaxy-themed case, model A1778, with serial number DNRSQMEMHG7K

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/10/2020

_Sabrina Ferguson_
Executing officer's signature

FBI Special Agent Sabrina Ferguson
Printed name and title